```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PALISADES INSURANCE COMPANY,

                Plaintiff,

-against-

PRIME PROPERTY & CASUALTY
INSURANCE INC.,

                Defendant.

21 Civ. 7234 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for March 15, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge