```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _6/17/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALISADES INSURANCE COMPANY,

                Plaintiff,

-against-

PRIME PROPERTY & CASUALTY INSURANCE INC.,

                Defendant.

PRIME PROPERTY & CASUALTY INSURANCE INC.,

                Third-Party Plaintiff,

-against-

GEICO INDEMNITY COMPANY and PABLO GARCIA,

                Third-Party Defendants.

21 Civ. 7234 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties are reminded that pre-motion letters for summary judgment were due fourteen days after the close of fact discovery. ECF No. 17 ¶ 9. The time to file pre-motion letters for summary judgment has passed, and the parties did not timely move for summary judgment at that time. *See id.* ¶ 6. Accordingly, this case will be set for trial in due course whereupon the Court shall set a deadline for the parties to file their pre-trial submissions in accordance with Rule V of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 17, 2022
       New York, New York

                                                      ANALISA TORRES
                                                  United States District Judge