USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALISADES INSURANCE COMPANY,

            Plaintiff,

-against-

PRIME PROPERTY & CASUALTY INSURANCE INC.,

            Defendant.

PRIME PROPERTY & CASUALTY INSURANCE INC.,

            Third-Party Plaintiff,

-against-

GEICO INDEMNITY COMPANY and PABLO GARCIA,

            Third-Party Defendants.

21 Civ. 7234 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter shall begin on **April 24, 2023, at 9:00 a.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. Accordingly,

1. By **March 1, 2023**, the parties shall submit any motions *in limine*, and their findings of fact and conclusions of law in accordance with Paragraph V.E of the Court's Individual Practices in Civil Case. Oppositions to any motions *in limine* and findings of fact and conclusions of law shall be submitted by **March 15, 2023**.

2. By **March 1, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, in accordance with Paragraphs V.B, V.C, and V.E of the Court's Individual Practices in Civil Case. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **March 8, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **April 17, 2023**, at **1:30 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. In addition, by **February 1, 2023**, the parties shall file a letter to the Court advising whether they wish to be referred to a magistrate judge for settlement purposes.

SO ORDERED.

Dated: July 11, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge