UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PALISADES INSURANCE COMPANY, : | |
| Plaintiff, | |
| : | |
| - v - | |
| : | |
| PRIME PROPERTY & CASUALTY | |
| INSURANCE, INC., : | |
| Defendant. | ORDER |
| _____ : | |
| PRIME PROPERTY & CASUALTY | 21 Civ. 7234 (DC) (GWG) |
| INSURANCE, INC., : | |
| Third-Party Plaintiff, | |
| : | |
| - v - | |
| : | |
| GEICO INDEMNITY COMPANY and | |
| PABLO GARCIA, : | |
| Third-Party Defendants. | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

      This case having been reassigned to the undersigned, counsel for the parties shall appear for a status conference on Monday, January 23, 2023, at 10:30 a.m., in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated: New York, New York
      January 3, 2023

                                                  DENNY CHIN
                                                  United States Circuit Judge
                                                  Sitting by Designation