UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PALISADES INSURANCE COMPANY,        :
        Plaintiff,
                                              :

- v -
                                              :

PRIME PROPERTY & CASUALTY
INSURANCE, INC.,                    :
        Defendant.                            ORDER

                                              :

PRIME PROPERTY & CASUALTY               21 Civ. 7234 (DC) (GWG)
INSURANCE, INC.,                    :
        Third-Party Plaintiff,
                                              :

- v -
                                              :

GEICO INDEMNITY COMPANY and
PABLO GARCIA,                       :
        Third-Party Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        Counsel for all parties appeared for a status conference on Monday, January 23, 2023. Following the discussion at the status conference, and on consent of all parties, it is hereby ORDERED:

    I.    Defendant/Third-Party Plaintiff Prime Property & Casualty Insurance, Inc. may conduct depositions of Joe Corona and Pedro Garcia for the purpose of ascertaining the circumstances in which Mr. Corona came to drive the 2014 Bentley that Mr. Garcia had rented from CLS 123 LLC. The parties shall confer and agree on the scheduling of these depositions, which must be completed before **March 15, 2023.**

    II.    The parties agree to resolve this case by summary trial, that is, rather than proceeding by summary judgment motion and without

        calling witnesses. Therefore, by **March 15, 2023**, the parties shall submit stipulated facts and joint exhibits, including relevant insurance policies. If any factual disputes arise or there is disagreement on the admissibility of any exhibits, the parties shall identify those disputes and exhibits in their stipulation.

III.    By **March 15, 2023**, the parties shall simultaneously submit briefing in support of their claims for judgment in their favor. Responsive briefs shall be submitted by **April 5, 2023**.

IV.    On **April 11, 2023**, at 3:00 p.m., in a courtroom to be designated, the parties shall appear for oral argument on the issues raised in their briefing.

SO ORDERED.

Dated:    New York, New York
January 23, 2023

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation