UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PALISADES INSURANCE COMPANY,  :
        Plaintiff,

                                                                                 :

      - v -

                                                                               :

PRIME PROPERTY & CASUALTY
INSURANCE, INC.,  :
        Defendant.                                ORDER OF
―――――――――――――――――――:  DISCONTINUANCE
PRIME PROPERTY & CASUALTY                 21 Civ. 7234 (DC) (GWG)
INSURANCE, INC.,  :
        Third-Party Plaintiff,

                                                       :

      - v -

                                                                  :

GEICO INDEMNITY COMPANY and
PABLO GARCIA,  :
        Third-Party Defendants.

                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        It having been reported to this Court that the above entitled action has been settled in principle, **IT IS HEREBY ORDERED**, on consent of the parties, that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated **within 60 days** of the date of

this order, any party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:    New York, New York
           April 11, 2023

                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting by Designation